*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number:                                           Assigned/Issued By: AEE

Judge Name: ASPEN                                      Designated Magistrate Judge: MASON

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____           Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____                  Receipt #: _____

Date Payment Rec'd: _____             Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                      ☐ Alias Summons

☐ Third Party Summons                          ☐ Lis Pendens

☐ Non Wage Garnishment Summons                 ☐ Abstract of Judgment
                                                  _____
☐ Wage-Deduction Garnishment Summons              _____
                                                  *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                               ☐ Other
☐ Writ _____                _____
       *(Type of Writ)*                           _____
                                                  *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                        *(Date)*

_____

_____