ClientCaseID: N7726 DPL
CaseID: 100828
Law Firm ID: WHITFIEL



CaseReturnDate: 8/8/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number  08CV4065

I,

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-000540   STEWART & ASSOCIATES 50 W. DOUGLAS ST #1200 FREEPORT IL 61032.

THAT HE SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT   WEAVER CONSTRUCTION, INC.

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(X) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT

LIST REASON HERE.

Date Of Service: 7/20/08   Time of Service: 7:40 pm   Date Of Mailing
PERSON SERVED  Tracy Weaver
Age 37   Sex F   Race White   Height 5'1   Build 125   Hair brown
LOCATION OF SERVICE   1853 DOVETAIL POINT
SYCAMORE, IL, 60178

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

NAME OF SERVER: Lorri Jensen   DATE:

AGENCY NAME: STEWART AND ASSOCIATES
ADDRESS: 50 W. DOUGLAS STREET
CITY: FREEPORT
ST: IL   ZIP 61032
PHONE: (815)-235-3607